IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EDWARD JACKSON,<br><br>  Plaintiff,<br><br>v.<br><br>WARDEN M. FARRELL, et al.,<br><br>  Defendants. | CIVIL ACTION<br>NO. 11-3796 |

FILED
NOV - 9 2012
MICHAEL E. KUNZ, Clerk
By_____Dep. Clerk

## ORDER

**AND NOW**, this 8th day of November 2012, upon consideration of Plaintiff's pro se Complaint (Doc. No. 3) and in light of the Court's Order dated September 18, 2012 allowing Plaintiff thirty days to show cause why this matter should not be dismissed for want of prosecution (Doc. No. 8), and having received no response from Plaintiff, it is **ORDERED** that:

1. The above-captioned case is **DISMISSED WITHOUT PREJUDICE**.
2. The Clerk of Court shall close the case for statistical purposes.

BY THE COURT:

*Joel Slomsky*
JOEL H. SLOMSKY, J.